UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
RANDOLPH M LUNDEEN

CASE NO. 05 B 37884

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-6228

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/16/05 and confirmed on 02/17/06.

2. The case was dismissed after confirmation, 10/05/2007.

3. The Debtor paid a total of $ 3450.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WHITNEY NIX | SECURED | 3500.00 | 534.08 | 186.58 |
| CHICAGO-KENOSHA CO INC | SECURED | .00 | .00 | .00 |
| MARQUETTE CONSUMER FINAN | SECURED | 2000.00 | 305.17 | 106.61 |
| INTERNAL REVENUE SERVICE | UNSECURED | 470.01 | .00 | .00 |
| ABT WATER MGMT | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO KENOSHA CO INC | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO KENOSHA CO INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 514.95 | .00 | .00 |
| ILLINOIS BELL TELEPHONE | UNSECURED | 585.33 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | SECURED | .00 | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | 1236.48 | .00 | .00 |
| MARQUETTE CONSUMER FINAN | UNSECURED | 9632.89 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5500.00 | .00 | 12439.66 | .00 | 17939.66 |
| PRINCIPAL PAID | 293.19 | .00 | .00 | .00 | 293.19 |
| INTEREST PAID | 839.25 | .00 | .00 | .00 | 839.25 |
| TOTAL PAID | 1132.44 | .00 | .00 | .00 | 1132.44 |

The Debtor's attorney, PAUL M BACH                , was allowed $   2200.00 and was paid $   2200.00 .

The Trustee received $    117.56 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/10/08                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 05 B 37884 RANDOLPH M LUNDEEN